

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00009-CV

**PREMIER INDUSTRIAL SERVICES, LLC**
**AND TIMOTHY PATE,**

        **Appellants**

 **v.**

**WILLIAM F. MANNING,**

        **Appellee**

**From the 13th District Court**
**Navarro County, Texas**
**Trial Court No. D23-31837-CV**

## MEMORANDUM OPINION

Appellants, Premier Industrial Services, LLC and Timothy Pate, appealed the trial court's order granting injunctive relief. They now seek to dismiss the appeal, asserting that the issue on appeal is moot because appellants non-suited their claims against appellee in the underlying case.

"Appellants' Motion to Dismiss Appeal," filed on January 18, 2024, is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeal dismissed
Opinion delivered and filed February 1, 2024
[CV06]

